UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK VICINAGE

In re:                                      :    Case No.: 08-20109(DHS)
                                            :
DAVID M. EPRIGHT and                        :
DENISE EPRIGHT                              :
_____Debtor_____            :
                                            :
                                            :

AMENDMENT TO SCHEDULE F
CREDITORS HOLDING UNSECURED CLAIMS

Schedule F originally filed herein is hereby amended as follows:

| CREDITOR | AMOUNT | ACCT. NO. |
|---|---|---|
| Cach, LLC/Fleet Bank<br>c/o Bronson & Migliaccio, Esq.<br>415 Lawrence Bell Dr.<br>Williamsville, NY 14221 | $17,304.44 | 14463143070607170 |
| Dr. Sarwan Kahlam<br>c/o Executive Credit Bureau, Inc.<br>4 Waterloo Road<br>Stanhope, NJ 07874-2619 | $170.57 | 071-065-383 |
| Englewood Hospital<br>c/o Warren K. Stadtmauer, Esq.<br>4 Brighton Road, Suite 350<br>Clifton, NJ 07012 | $1,157.66 | 89314918/191723741 |
| St. Clare's Hospital<br>c/o Certified Credit & Collection<br>PO Box 336<br>Raritan, NJ 08869 | $75.00 | 6281301 |
| St. Clare's Hospital<br>c/o Rubin & Raine, LLC<br>446 Route 35, Bldg. C<br>Eatontown, NJ 07724 | $463.00 | 6104215 |

| Creditor | Amount | Account |
|---|---|---|
| Englewood Hospital<br>c/o Certified Credit & Collection<br>PO Box 336<br>Raritan, NJ 08869 | $1,157.66 | 893-149518 |
| Englewood Hospital<br>c/o Certified Credit & Collection<br>PO Box 336<br>Raritan, NJ 08869 | $59.32 | 6342178 |
| Northern Valley Anesthesiology<br>PO Box 448<br>Englewood, NJ 07631 | $80.00 | NVA24506 |
| Capital One<br>PO Box 70884<br>Charlotte, NC 28272 | $10,004.19 | 5178 0526 4681 8431 |
| Bank of America<br>PO Box 15726<br>Wilmington, DE 19886-5726 | $17,114.58 | 5491 0000 6431 0159 |
| Honda Financial Services<br>PO Box 165378<br>Irving, TX 75016 | $1,072.94 | 29707217 |
| Capital One Bank<br>c/o United Recovery System<br>PO Box 722929<br>Houston, TX 77272 | $9,780.26 | 5178 0526 4681 8431 |
| Health Net<br>PO Box 907<br>Rancho Cordova, CA 95741 | $169.23 | 2006-421701 |

## UNSWORN DECLARATION

I/We certify under penalty of perjury that the foregoing is true and correct.

Dated:                                                      /s/ DAVID M. EPRIGHT
                                                            David M. Epright


Dated:                                                      /s/ DENISE EPRIGHT
                                                            Denise Epright